JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| Daymen Photo Marketing LP., a Canadian Limited Partnership, and Daymen U.S., Inc., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> Victor Chu, individually and d/b/a "Mekko" and "Maxline Eagnas Company"; UNKNOWN ENTITIES 1-10; and "JOHN DOES" 1-20, <br><br> Defendant. | Case No.  2:10-cv-03294-VBF-JCG <br><br> [PROPOSED] ORDER OF DISMISSAL |

18
19
20
21

        Pursuant to the parties' stipulation, the above-captioned action is dismissed with prejudice.  Each party to waive its rights to appeal and bear its own costs and attorneys' fees and the court will retain jurisdiction to enforce the terms of the Settlement Agreement.

22
23

        **IT IS SO ORDERED and SIGNED this 18th day of November, 2010.**

24
25

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
United States District Court Judge

26
27
28